**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

Southern District of New York

Case number (If known): _____ Chapter 15

☐ Check if this is an amended filing

# Official Form 401
# Chapter 15 Petition for Recognition of a Foreign Proceeding    12/15

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write debtor's name and case number (if known).

| | | |
|---|---|---|
| 1. | Debtor's name | International Bank of Azerbaijan |
| 2. | Debtor's unique identifier | **For non-individual debtors:**<br>☐ Federal Employer Identification Number (EIN) __ __ - __ __ __ __ __ __ __<br>☑ Other 9900001881 . Describe identifier Taxpayer Registration No.<br><br>**For individual debtors:**<br>☐ Social Security number: xxx – xx– __ __ __ __<br>☐ Individual Taxpayer Identification number (ITIN): 9 xx – xx – __ __ __ __<br>☐ Other _____ . Describe identifier _____ |
| 3. | Name of foreign representative(s) | Gunel Bakhshiyeva |
| 4. | Foreign proceeding in which appointment of the foreign representative(s) occurred | Azeri Restructuring Proceeding |
| 5. | Nature of the foreign proceeding | Check one:<br>☑ Foreign main proceeding<br>☐ Foreign nonmain proceeding<br>☐ Foreign main proceeding, or in the alternative foreign nonmain proceeding |
| 6. | Evidence of the foreign proceeding | ☐ A certified copy, translated into English, of the decision commencing the foreign proceeding and appointing the foreign representative is attached.<br>☐ A certificate, translated into English, from the foreign court, affirming the existence of the foreign proceeding and of the appointment of the foreign representative, is attached.<br>☑ Other evidence of the existence of the foreign proceeding and of the appointment of the foreign representative is described below, and relevant documentation, translated into English, is attached.<br>Certified translated copy of foreign decision commencing foreign proceeding<br>Resolution and PoA appointing the foreign representative |
| 7. | Is this the only foreign proceeding with respect to the debtor known to the foreign representative(s)? | ☐ No. (Attach a statement identifying each country in which a foreign proceeding by, regarding, or against the debtor is pending.)<br>☑ Yes |

Debtor  **International Bank of Azerbaijan**
        Name

Case number (if known) _____

**8. Others entitled to notice**

Attach a list containing the names and addresses of:

(i) all persons or bodies authorized to administer foreign proceedings of the debtor,

(ii) all parties to litigation pending in the United States in which the debtor is a party at the time of filing of this petition, and

(iii) all entities against whom provisional relief is being sought under § 1519 of the Bankruptcy Code.

**9. Addresses**

Country where the debtor has the center of its main interests:

Azerbaijan

Debtor's registered office:

67 Nizami Str.
Number    Street

_____
P.O. Box

Baku, AZ1005
City    State/Province/Region    ZIP/Postal Code

Azerbaijan
Country

Individual debtor's habitual residence:

_____
Number    Street

_____
P.O. Box

_____
City    State/Province/Region    ZIP/Postal Code

_____
Country

Address of foreign representative(s):

67 Nizami Str.
Number    Street

_____
P.O. Box

Baku, AZ1005
City    State/Province/Region    ZIP/Postal Code

Azerbaijan
Country

**10. Debtor's website (URL)**

https://www.ibar.az/en/

**11. Type of debtor**

Check one:

☐ Non-individual (check one):

  ☐ Corporation. Attach a corporate ownership statement containing the information described in Fed. R. Bankr. P. 7007.1.

  ☐ Partnership

  ☑ Other. Specify: Open Joint Stock Company

☐ Individual

Official Form 401    Chapter 15 Petition for Recognition of a Foreign Proceeding    page 2

Debtor __International Bank of Azerbaijan__  
      Name

Case number (if known) _____

**12. Why is venue proper in *this district*?**

Check one:

☑ Debtor's principal place of business or principal assets in the United States are in this district.

☐ Debtor does not have a place of business or assets in the United States, but the following action or proceeding in a federal or state court is pending against the debtor in this district:
_____

☐ If neither box is checked, venue is consistent with the interests of justice and the convenience of the parties, having regard to the relief sought by the foreign representative, because:
_____

**13. Signature of foreign representative(s)**

I request relief in accordance with chapter 15 of title 11, United States Code.

I am the foreign representative of a debtor in a foreign proceeding, the debtor is eligible for the relief sought in this petition, and I am authorized to file this petition.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct,

✗ _____    Gunel Bakhshiyeva
   Signature of foreign representative    Printed name

Executed on  05/11/2017
         MM / DD / YYYY

✗ _____    _____
   Signature of foreign representative    Printed name

Executed on  _____
         MM / DD / YYYY

**14. Signature of attorney**

✗ _____    Date  05/11/2017
   Signature of Attorney for foreign representative      MM / DD / YYYY

Thomas MacWright
Printed name

White & Case LLP
Firm name

1221 Avenue of the Americas
Number   Street

New York         NY    10020
City             State   ZIP Code

(212) 819-8259       tmacwright@whitecase.com
Contact phone             Email address

5045356           NY
Bar number           State