**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | ) |
| | ) |
| | ) Case No. 17-11311 (JLG) |
| INTERNATIONAL BANK OF AZERBAIJAN, | ) |
| | ) |
| Debtor in a Foreign Proceeding[1] | ) Chapter 15 |
| | ) |

## ORDER PURSUANT TO FEDERAL RULES OF BANKRUPTCY PROCEDURE 2002 (m) AND (q) AND 9007 SCHEDULING HEARING AND SPECIFYING FORM AND MANNER OF SERVICE OF NOTICE

Upon the filing of the Application (as defined below),[2] the Petitioner, in her capacity as Foreign Representative (as such term is defined in section 101(24) of the Bankruptcy Code) in respect of the Azeri Restructuring Proceeding, requests entry of an order (i) scheduling a hearing on the relief sought in the Petition, which was filed on May 11, 2017, and (ii) specifying the form and manner of service of notice thereof; it is hereby

ORDERED, that the Recognition Hearing shall be held before this Court in Room 601 of the United States Bankruptcy Court for the Southern District of New York, One Bowling Green, New York, New York, on **June 21, 2017 at 11 a.m.** (New York time); and it is further

ORDERED, that the form of Recognition Hearing Notice annexed hereto as Exhibit 1 is hereby approved; and it is further

ORDERED, that the notice requirements set forth in section 1514(c) of the Bankruptcy Code are inapplicable in the context of this chapter 15 case are hereby waived; and it is further

ORDERED, that copies of Notice Documents shall be served by U.S. mail, first-class postage prepaid, upon the Chapter 15 Notice Parties on or before May 18, 2017; and it is further

ORDERED, that responses or objections, if any, to the Petition shall be made in writing and shall set forth the basis therefor, and such responses or objections must be (i) filed electronically with the Court on the Court's electronic case filing system in accordance with and except as provided in General Order M-399 and the Court's Procedures for the Filing, Signing and Verification of Documents by Electronic Means (copies of each of which may be viewed on the Court's website at www.nysb.uscourts.gov) (and otherwise, on a USB flash drive, preferably in Portable Document Format (PDF) or Microsoft Word, which USB flash drive shall be sent to the Office of the Clerk of the Court, One Bowling Green, New York, New York 10004-1408), and two hard copies, single sided, of such response or objection sent to the Chambers of the Honorable James L. Garrity, United States Bankruptcy Judge, and (ii) served upon White & Case LLP, 1221 Avenue of the Americas, New York, New York, 10020 (Attn: Thomas MacWright,

---

[1]   The last four identifying digits of the tax number of the Debtor in Azerbaijan are 1881.

[2]   Capitalized terms not otherwise defined herein shall carry the meaning ascribed to such term in the *Application Pursuant to Federal Rules of Bankruptcy Procedure 2002(m) and (q) and 9007 for Order Scheduling Hearing and Specifying Form and Manner of Service of Notice* [ECF 6] (the "**Application**").

Esq., Jason Zakia, Esq., Richard Graham, Esq. and Laura L. Femino, Esq.), counsel to the Petitioner, so as to be received on or before June 12, 2017 at 5 p.m. (Eastern Time); and any responses or replies to such objections or responses are to be so filed and so received no later than June 16, 2017, at 5 p.m. (Eastern Time); and it is further

ORDERED, that service pursuant to this Order shall be good and sufficient service and adequate notice of the Recognition Hearing.

Dated: May 15, 2017
       New York, New York


/s/ *James L. Garrity, Jr.*

UNITED STATES BANKRUPTCY JUDGE

**<u>Exhibit 1 to Proposed Order</u>**
**Recognition Hearing Notice**

WHITE & CASE LLP
1221 Avenue of the Americas
New York, New York 10020-1095
(212) 819-8200
Thomas MacWright
Richard Graham

Southeast Financial Center
200 South Biscayne Blvd., Suite 4900
Miami, Florida 33131
(305) 371-2700
Jason N. Zakia (*pro hac vice* pending)
Laura L. Femino (*pro hac vice* pending)

*Attorneys for Gunel Bakhshiyeva,*
*as Petitioner and Foreign Representative*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | ) |
| | ) |
| INTERNATIONAL BANK OF AZERBAIJAN, | ) Case No. 17-11311 (JLG) |
| | ) |
| Debtor in a Foreign Proceeding.[3] | ) Chapter 15 |
| | ) |

**NOTICE OF FILING AND HEARING ON PETITION UNDER CHAPTER 15**
**OF THE UNITED STATES BANKRUPTCY CODE AND**
**MOTION FOR RELATED RELIEF**

**PLEASE TAKE NOTICE** that on May 11, 2017, Gunel Bakhshiyeva (the "**Petitioner**"), in her capacity as the Foreign Representative (as such term is defined in section 101(24) of the Bankruptcy Code) of International Bank of Azerbaijan ("**IBA**") with respect to the judicial reorganization (the "**Azeri Restructuring Proceeding**") currently pending in the Republic of Azerbaijan ("**Azerbaijan**") before the Nasimi District Court (the "**Azeri Court**") pursuant to Articles 57-11 through 57-12 (the "**Restructuring Provisions**") of the Law of the Republic of Azerbaijan on Banks (the "**Azeri Law on Banks**"), filed the Petition[4] pursuant to chapter 15 of title 11 of the United States Code, 11 U.S.C. §§ 101-1532 (the "**Bankruptcy Code**"), with the United States Bankruptcy Court for the Southern District of New York (the "**Bankruptcy Court**").

        **PLEASE TAKE FURTHER NOTICE** that, among other things, the Petitioner seeks the entry of an order (i) recognizing the Azeri Restructuring Proceeding as the foreign main

---

[3]    The last four identifying digits of the tax number of the Debtor in Azerbaijan are 1881.

[4]    Capitalized terms not otherwise defined herein shall carry the meaning ascribed to such term in the *Application Pursuant to Federal Rules of Bankruptcy Procedure 2002(m) and (q) and 9007 for Order Scheduling Hearing and Specifying Form and Manner of Service of Notice* (the "**Application**") [ECF No. 6]

proceeding of the Debtor pursuant to sections 1515, 1517, and 1520 of the Bankruptcy Code and (ii) recognizing the Petitioner as the Foreign Representative of the Debtor's foreign proceeding, as that term is defined in section 101(24) of the Bankruptcy Code, with respect to the Azeri Restructuring Proceeding and (iii) granting such other and further relief the Court deems just and proper.

**PLEASE TAKE FURTHER NOTICE** that the Bankruptcy Court has scheduled a hearing (the "**Recognition Hearing**") to consider the relief requested in the Petition for **11 a.m. (Eastern Time) on June 21, 2017,** in Room 601 of the United States Bankruptcy Court for the Southern District of New York, One Bowling Green, New York, New York.

Copies of the Petition and all accompanying documentation are available to parties in interest on the Bankruptcy Court's Electronic Case Filing System, which can be accessed from the Bankruptcy Court's website at http://www.nysb.uscourts.gov (a PACER login and password are required to retrieve a document) or upon written request to the Petitioner's counsel (including by facsimile or e-mail) addressed to:

| | | |
|---|---|---|
| White & Case LLP | or | tmacwright@whitecase.com |
| 1221 Avenue of the Americas | | jzakia@whitecase.com |
| New York, New York 10020-1095 | | rgraham@whitecase.com |
| Telephone:(212) 819-8200 | | laura.femino@whitecase.com |
| Facsimile:  (212) 354-8113 | | |

Attn:   Thomas MacWright, Esq.
          Jason Zakia, Esq.
          Richard Graham, Esq.
          Laura L. Femino, Esq.

**PLEASE TAKE FURTHER NOTICE** that any party in interest wishing to submit a response or objection to the Petition or the relief requested therein must do so in writing and in accordance with the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure, and the Local Rules for the United States Bankruptcy Court for the Southern District of New York, setting forth the basis therefor, which response or objection must be filed electronically with the Court on the Court's electronic case filing system in accordance with and except as provided in General Order M-399 and the Court's Procedures for the Filing, Signing and Verification of Documents by Electronic Means (copies of each of which may be viewed on the Court's website at www.nysb.uscourts.gov) (and otherwise, on a USB drive, preferably in Portable Document Format (PDF) or Microsoft Word, which USB drive shall be sent to the Office of the Clerk of the Court, One Bowling Green, New York, New York 10004-1408); and two hard copies, single-sided of any response or objection shall be sent to the Chambers of the Honorable James L. Garrity, United States Bankruptcy Judge, One Bowling Green, New York, New York 10004-1408 and served upon White & Case LLP (Attn: Thomas MacWright, Esq., Richard Graham, Esq. and Laura L. Femino, Esq.), counsel to the Petitioner, **so as to be received no later than June 12, 2017, at 5 p.m. (Eastern Time)**; and any responses or replies to such objections or responses are to be so filed and so received no later than June 16, 2017, at 5 p.m. (Eastern Time).

**PLEASE TAKE FURTHER NOTICE** that all parties in interest opposed to the Petition or the request for relief contained therein must appear at the Recognition Hearing at the time and place set forth above.

2

**PLEASE TAKE FURTHER NOTICE** that, at the Recognition Hearing, the Court may order the scheduling of a case management conference to consider the efficient administration of the case.

**PLEASE TAKE FURTHER NOTICE** that if no response or objection is timely filed and served as provided above, the Court may grant the relief requested in the Petition without further notice.

**PLEASE TAKE FURTHER NOTICE** that the Recognition Hearing may be adjourned from time to time without further notice other than an announcement in open court, or a notice of adjournment filed with the Court, of the adjourned date or dates at the hearing or any other further adjourned hearing.

Dated: May 12, 2017

New York, New York

By: */s/ Thomas MacWright*
Thomas MacWright

WHITE & CASE LLP
1221 Avenue of the Americas
New York, New York 10020-1095
(212) 819-8200
Thomas MacWright
Richard Graham

Southeast Financial Center, Suite 4900
200 South Biscayne Boulevard
Miami, Florida 33131-2352
(305) 371-2700
Jason N. Zakia (*pro hac vice* pending)
Laura L. Femino (*pro hac vice* pending)

*Attorneys for Gunel Bakhshiyeva*
*as Petitioner and Foreign Representative*

3