WHITE & CASE LLP
1221 Avenue of the Americas
New York, New York 10020-1095
(212) 819-8200
Thomas MacWright
Richard Graham

Southeast Financial Center
200 South Biscayne Blvd., Suite 4900
Miami, Florida 33131
(305) 371-2700
Jason N. Zakia (admitted *pro hac vice*)
Laura L. Femino (admitted *pro hac vice*)

*Attorneys for Gunel Bakhshiyeva,*
*as Petitioner and Foreign Representative*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | ) |
| | ) Case No. 17-11311 (JLG) |
| INTERNATIONAL BANK OF AZERBAIJAN, | ) |
| | ) Chapter 15 |
| Debtor in a Foreign Proceeding[1] | ) |
| | ) |

**SUPPLEMENTAL LEGAL DECLARATION IN SUPPORT OF DECLARATION OF**
**ANAR KARIMOV PURSUANT TO 28 U.S.C. § 1746**

I, Mr. Anar Karimov, submit this supplemental legal declaration (this "**Supplemental Declaration**") further to the *Declaration of Anar Karimov Pursuant to 28 U.S.C. § 1746* [ECF 3] in support of the voluntary judicial restructuring proceeding in respect of the International Bank of Azerbaijan commenced by order of the Nasimi District Court on May 4, 2017 and presently ongoing under the laws of the Republic of Azerbaijan and the accompanying petition for commencement of a chapter 15 proceeding filed in this Court on May 11, 2017.

---

[1]    The last four identifying digits of the tax number of the Debtor in Azerbaijan are 1881.

As requested by the Court, attached hereto are true and correct copies and certified translations of the following documents:

a. Provisions 57-11 through 57-12 of the Law of the Republic of Azerbaijan "On Banks," which came into effect as an amendment to the existing law as of April 16, 2017, attached hereto as Exhibit A;

b. A Certified Translation of the same, attached hereto as Exhibit B;

c. Amendments to Articles 157.1, 162.1, 233.1, 305.1.14, 306.1, 355.15-355.19 of the Civil Procedure Code of the Republic of Azerbaijan, which came into force as of April 16, 2017, attached hereto as Exhibit C; and

d. A Certified Translation of the same, attached hereto as Exhibit D.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: May 16, 2017

New York, New York

_____

Anar Karimov

**<u>EXHIBIT A</u>**
**Articles 57-11 through 57-12**
**Law of the Republic of Azerbaijan "On Banks"**

# "Banklar haqqında" Azərbaycan Respublikasının Qanununda dəyişikliklər edilməsi barədə Azərbaycan Respublikasının Qanunu

Azərbaycan Respublikasının Milli Məclisi Azərbaycan Respublikası Konstitusiyasının 94-cü maddəsinin I hissəsinin 27-ci bəndini rəhbər tutaraq qərara alır:

"Banklar haqqında" Azərbaycan Respublikasının Qanununda (Azərbaycan Respublikasının Qanunvericilik Toplusu, 2004, № 3, maddə 130; 2005, № 4, maddə 276; 2007, № 5, maddə 401, № 6, maddə 562, № 11, maddə 1070; 2008, № 11, maddə 960; 2009, № 6, maddə 404, № 7, maddə 517; 2010, № 4, maddə 276, № 10, maddə 839; 2011, № 7, maddə 590; 2013, № 7, maddə 790; 2014, № 7, maddə 772, № 12, maddə 1517; 2015, № 11, maddə 1262; 2016, № 6, maddə 975) aşağıdakı dəyişikliklər edilsin:

1. 1-ci maddə üzrə:

1.0.33. Bankın öhdəliklərinin könüllü restrukturizasiyası – bankın maliyyə vəziyyətinin yaxşılaşdırılması məqsədi ilə restrukturizasiya planı (bundan sonra - restrukturizasiya planı) əsasında həyata keçirilən inzibati, hüquqi, maliyyə, təşkilati-texniki və digər tədbir və prosedurların məcmusudur.".

8. aşağıdakı məzmunda VIII-I fəsil əlavə edilsin:

"VIII-I FƏSİL

BANKIN ÖHDƏLİKLƏRİNİN KÖNÜLLÜ RESTRUKTURİZASİYASI

Maddə 57-11. Bankın öhdəliklərinin könüllü restrukturizasiyası

57-11.1. Bankın kreditorları qarşısında olan öhdəlikləri, bankın sığortalanmış əmanətçiləri qarşısında olan öhdəlikləri istisna olmaqla, bu Qanun ilə müəyyən edilmiş qaydada könüllü restrukturizasiya edilə bilər.

57-11.2. Bank, öz öhdəliyinin (öhdəliklərinin) icrası ilə bağlı kreditorun (kreditorların) tələbini (tələblərini) pul vəsaitinin olmaması, çatışmaması və ya hər hansı əsaslarla pul vəsaitinin istifadəsinin mümkün olmaması səbəbindən icra etmək imkanında olmaması və ya icra etmək imkanında olmaması təhlükəsi yarandıqda Müşahidə Şurasının bu barədə qərarı əsasında bankın öhdəliklərinin könüllü restrukturizasiyası prosesinə başlaya bilər. Müşahidə Şurasının bankın öhdəliklərinin könüllü restrukturizasiyası haqqında qərarının surəti həmin qərar qəbul olunduğu tarixdən sonrakı birinci iş günündən gec olmayaraq maliyyə bazarlarına nəzarət orqanına təqdim olunmalıdır.

57-11.3. Maliyyə bazarlarına nəzarət orqanı bankın öhdəliklərinin könüllü restrukturizasiyası haqqında Müşahidə Şurasının qərarını aldıqdan sonra 10 təqvim günü ərzində bankın öhdəliklərinin könüllü restrukturizasiyası məsələlərinə dair bankla yazılı razılaşma bağlayır. Bu müddət maliyyə bazarlarına nəzarət orqanının qərarı ilə 10 təqvim günü müddətinədək uzadıla bilər.

57-11.4. Maliyyə bazarlarına nəzarət orqanı ilə bank arasında bankın öhdəliklərinin könüllü restrukturizasiyasına dair yazılı razılaşma bağlandıqdan sonra 10 təqvim günü ərzində, bank restrukturizasiya planının layihəsini hazırlayır və baxılması üçün yazılı surətdə maliyyə bazarlarına nəzarət orqanına təqdim edir.

57-11.5. Maliyyə bazarlarına nəzarət orqanı baxılmaq üçün ona təqdim edilmiş restrukturizasiya planının layihəsinə dair təkliflər olduqda, bu barədə banka yazılı bildiriş təqdim edir və restrukturizasiya planına əlavə və (və ya) dəyişikliklərin edilməsini tələb edir. Bank restrukturizasiya planına əlavə və (və ya) dəyişiklikləri etdikdən sonra, restrukturizasiya planının layihəsini təkrar yazılı surətdə maliyyə bazarlarına nəzarət orqanına təqdim edir. Maliyyə bazarlarına nəzarət orqanı restrukturizasiya planının layihəsi ilə razı olduqda, bu barədə banka yazılı bildiriş göndərir.

57-11.6. Restrukturizasiya planına razılıq barədə maliyyə bazarlarına nəzarət orqanının yazılı bildirişini aldıqdan sonra bank, maliyyə bazarlarına nəzarət orqanı tərəfindən bildirişdə müəyyən edilmiş müddətdə öhdəliklərinin könüllü restrukturizasiyasına başlamaq üçün mülki prosessual qanunvericilikdə nəzərdə tutulmuş qaydada məhkəməyə müraciət edir. Restrukturizasiyaya başlamaq haqqında məhkəmənin qərarı (bundan sonra - bankın öhdəliklərinin könüllü restrukturizasiyası haqqında məhkəmə qərarı) qüvvəyə mindiyi tarixdən və restrukturizasiya planına əsasən bankın öhdəliklərinin könüllü restrukturizasiyanın aparıldığı, lakin hər bir halda 180 gündən artıq olmayan müddət ərzində bu Qanunun 57-11.8-ci və 57-11.21-ci maddələrində nəzərdə tutulmuş məhdudiyyətlər tətbiq olunur. Bu müddət öhdəlikləri restrukturizasiya olunan bankın maliyyə bazarlarına nəzarət orqanı ilə razılaşdırılmış müraciətinə əsasən məhkəmə tərəfindən ümumilikdə 90 gün müddətinədək uzadıla bilər.

57-11.7. Bankın öhdəliklərinin könüllü restrukturizasiyası haqqında məhkəmə qərarı qəbul olunduğu tarixdən 7 təqvim günü ərzində bank restrukturizasiya planına daxil edilmiş öhdəliklərinin restrukturizasiyası barədə Azərbaycan Respublikasının bütün ərazisini əhatə edən azı iki dövri mətbu nəşrdə və bir beynəlxalq səviyyədə tanınmış nəşrdə, habelə özünün rəsmi internet səhifəsində məlumat dərc etdirməli və həmin məlumatlarda bankın öhdəliklərinin könüllü restrukturizasiyası haqqında məhkəmə qərarının və restrukturizasiya planının surətlərinin məhkəmədən və ya bankın hüquqi ünvanından tələbləri restrukturizasiya planına daxil edilmiş bütün kreditorlar tərəfindən əldə edilə bilməsi imkanı göstərilməlidir.

57-11.8. Bu Qanunun 57-11.6-cı maddəsinə müvafiq olaraq, bankın öhdəliklərinin könüllü restrukturizasiyası haqqında məhkəmə qərarı qüvvəyə mindiyi tarixdən bank aşağıdakı hüquqlara malikdir:

57-11.8.1. alqı-satqı, dəyişdirmə, bağışlama müqavilələrinin və ya bankın hər hansı əmlakının özgəninkiləşdirilməsi ilə bağlı olan hər hansı digər müqavilələrin icra edilməsini, bank üçün hər hansı risk, o cümlədən, kredit riski yaradan borc, kredit, qarantiya və ya hər hansı maliyyələşdirmə növlərini təqdim edən müqavilələrin bağlanmasını dayandırmaq;

57-11.8.2. bankın məhkəmə tərəfindən təsdiq edilmiş restrukturizasiya planına daxil edilən öhdəliklərinin icrasını dayandırmaq.

57-11.9. Bank restrukturizasiya planına dair razılığın alınması məqsədilə tələbləri restrukturizasiya planına daxil edilmiş kreditorların yığıncağını çağırmalıdır. Kreditorların yığıncağının keçirilməsinədək olan müddət ərzində bu Qanunun 57-11.5-ci maddəsinə əsasən razılaşdırılmış plana dəyişikliklər edilərsə, restrukturizasiya planı kreditorların yığıncağının keçirilməsinə ən azı 30 təqvim günü qalmış baxılması üçün maliyyə bazarlarına nəzarət orqanına təqdim edilir.

57-11.10. Maliyyə bazarlarına nəzarət orqanı 10 təqvim günü ərzində bu Qanunun 57-11.9-cu maddəsinə əsasən təqdim edilən restrukturizasiya planına baxır və həmin plana dair qeydləri olduqda onların aradan qaldırılmasını yazılı surətdə bankdan tələb edir. Bank maliyyə

bazarlarına nəzarət orqanının restrukturizasiya planına dair təkliflərini nəzərə almalı və müvafiq düzəlişlər edərək həmin planı maliyyə bazarlarına nəzarət orqanına təqdim etməlidir. Bank maliyyə bazarlarına nəzarət orqanı tərəfindən təsdiq edilmiş restrukturizasiya planı barədə 5 iş günü ərzində Azərbaycan Respublikasının bütün ərazisini əhatə edən azı iki dövri mətbu nəşrdə və bir beynəlxalq səviyyədə tanınmış nəşrdə, habelə özünün rəsmi internet səhifəsində məlumat dərc etdirməlidir və həmin məlumatlarda restruktizasiya planının surətinin bankın hüquqi ünvanından tələbləri restrukturizasiya planına daxil edilmiş bütün kreditorlar tərəfindən əldə edilə bilməsi imkanı göstərilməlidir.

57-11.11. Tələblərinin restrukturizasiya olunması nəzərdə tutulan kreditorlar yığıncaqda şəxsən və ya öz səlahiyyətli nümayəndələri vasitəsilə iştirak edə bilərlər. Tələbləri restrukturizasiya planına daxil edilmiş kreditorlar tərəfindən restrukturizasiya planının təsdiq edilməsi üçün restrukturizasiya planına əsasən restrukturizasiya edilməsi nəzərdə tutulan tələblərin ən azı üçdə iki hissəsinə malik olan kreditorların razılığı tələb edilir.

57-11.12. Restrukturizasiya planı bu Qanunun 57-11.11-ci maddəsi ilə nəzərdə tutulan qaydada təsdiq edildikdən sonra, bank 1 iş günü ərzində restrukturizasiya planını yazılı surətdə maliyyə bazarlarına nəzarət orqana təqdim edir. Restrukturizasiya planı bu Qanunun 57-11.11-ci maddəsi ilə nəzərdə tutulan qaydada təsdiq edilmədikdə, bank öhdəliklərinin restrukturizasiyanın bu Qanunun 57-11.11-ci maddəsində nəzərdə tutulmuş qaydada mümkün olmaması barədə maliyyə bazarlarına nəzarət orqanına 1 iş günü ərzində yazılı məlumat göndərir. Restrukturizasiya planı bu Qanunun 57-11.11-ci maddəsi ilə nəzərdə tutulan qaydada təsdiq edilmədikdə, bankın öhdəliklərinin könüllü restrukturizasiyası baş tutmamış sayılır. Restrukturizasiya planının bu Qanunun 57-11.11-ci maddəsinə müvafiq olaraq kreditorlar tərəfindən təsdiq edilməsi şərti ilə, bankın öhdəliklərinin könüllü restrukturizasiyası bankın kreditorlar qarşısında daşıdığı və restrukturizasiya planına uyğun olaraq restrukturizasiyası nəzərdə tutulan bütün öhdəliklərinə münasibətdə aparılır.

57-11.13. Restrukturizasiya planına maliyyə bazarlarına nəzarət orqanı tərəfindən baxıldıqdan sonra bank restrukturizasiya planının təsdiq edilməsi üçün mülki prosessual qanunvericilikdə nəzərdə tutulmuş qaydada məhkəməyə müraciət edir.

57-11.14. Bankın öhdəliklərinin könüllü restrukturizasiyası planının təsdiq edilməsi haqqında məhkəmə qərarı qüvvəyə mindiyi andan və restrukturizasiya planı qüvvədə olduğu müddət ərzində:

57-11.14.1. banka qarşı restrukturizasiya edilməsi nəzərdə tutulan öhdəliklər üzrə hər hansı müvafiq icra sənədi üzrə başlanılmış icraat dayandırılmalıdır;

57-11.14.2. öhdəliklərinin restrukturizasiya edilməsi nəzərdə tutulan kreditorların banka qarşı həmin öhdəliklərdən irəli gələn tələblərinin icrası dayandırılır.

57-11.15. Bankın restrukturizasiya planı ən azı aşağıdakı məlumatları özündə əks etdirməlidir:

57-11.15.1. restrukturizasiyanın məqsədini, aparılması qaydasını və müddətini;

57-11.15.2. restrukturizasiyaya məruz qalan öhdəliklərin siyahısını;

57-11.15.3. restrukturizasiya çərçivəsində aparılması nəzərdə tutulan tədbirlərin siyahısını;

57-11.15.4. bankın fəaliyyətinə tətbiq edilməli olan məhdudiyyətləri.

57-11.16. Restrukturizasiya olunan bank hər hansı bank holdinq şirkətinə daxil olduqda, bankın restrukturizasiya planında restrukturizasiya zamanı bank holdinq şirkətinin törəmə banklarına təsir edən amillər göstərilməlidir.

57-11.17. Bankın öhdəliklərinin könüllü restrukturizasiyasına aşağıdakı hallarda xitam verilir:

59-11.17.1. məhkəmə tərəfindən bu Qanunun 57-12-ci maddəsinə uyğun olaraq bankın öhdəliklərinin könüllü restrukturizasiyasına xitam verilməsi haqqında qərar qəbul edildikdə;

57-11.17.2. öhdəlikləri restrukturizasiya olunan bankın lisenziyasının ləğvi və məcburi ləğv edilməsi barədə maliyyə bazarlarına nəzarət orqanı tərəfindən qərar qəbul edildikdə;

57-11.17.3. bankın öhdəliklərinin könüllü restrukturizasiyasına xitam verilməsi barədə bankın Müşahidə Şurasının qərarı olduqda.

57-11.18. Restrukturizasiya planının tam icra edilməsi ilə əlaqədar bankın öhdəliklərinin könüllü restrukturizasiyasına xitam verildikdə bankın restrukturizasiya planına daxil edilmiş öhdəlikləri lazımi qaydada icra edilmiş hesab edilir.

57-11.19. Bank restrukturizasiya planında nəzərdə tutulmuş qaydada və müddətdə bankın öhdəliklərinin könüllü restrukturizasiyanın başa çatdırılması barədə bildirişi 3 təqvim günü ərzində və ya bankın öhdəliklərinin könüllü restrukturizasiyasına xitam verilməsi barədə məhkəmə qərarının surətini qərar qüvvəyə mindiyi tarixdən 10 təqvim günü müddətində maliyyə bazarlarına nəzarət orqanına və tələbləri restrukturizasiya planına daxil edilmiş kreditorlarına göndərməlidir.

57-11.20. Maliyyə bazarlarına nəzarət orqanı bank tərəfindən restrukturizasiya planının icra edilməsinə nəzarəti həyata keçirir.

57-11.21. Restrukturizasiya planında nəzərdə tutulan hallardan başqa, bank onun öhdəliklərinin restrukturizasiyası zamanı bankın digər hüquqi şəxslərdə iştirak etməsi və ya iştirak payının artırılması barədə qərar qəbul edə bilməz.

Maddə 57-12. Bankın öhdəliklərinin könüllü restrukturizasiyasına xitam verilməsi

57-12.1. Bankın öhdəliklərinin könüllü restrukturizasiyasına xitam verilməsi haqqında qərar maliyyə bazarlarına nəzarət orqanının müraciəti əsasında aşağıdakı əsaslardan biri mövcud olduqda məhkəmə tərəfindən qəbul edilir:

57-12.1.1. bankın öhdəliklərinin könüllü restrukturizasiyası haqqında məhkəmə qərarında nəzərdə tutulmuş restrukturizasiya müddəti başa çatdıqda;

57-12.1.2. restrukturizasiya planında nəzərdə tutulmuş tədbirlər tam icra edildikdə;

57-12.1.3. bankın könüllü restrukturizasiyası vaxtından əvvəl maliyyə bazarlarına nəzarət orqanının qərarı ilə aşağıdakı hallarda dayandırıldıqda:

57-12.1.3.1. bankın öhdəliklərinin könüllü restrukturizasiyasının bankın maliyyə sağlamlığına və fəaliyyətinin yaxşılaşdırılması ilə nəticələnməsinə gətirib çıxarmayacağına kifayət qədər əsaslar olduqda;

57-12.1.3.2. kreditorların bu Qanunun 57-11.11-ci maddəsində nəzərdə tutulmuş qaydada razılığı olmadıqda;

57-12.1.3.3. restrukturizasiya planında nəzərdə tutulmuş tədbirlər həmin plana uyğun yerinə yetirilmədikdə;

57-12.1.3.4. bankın öhdəliklərinin könüllü restrukturizasiyasının həyata keçirilməsi dövründə maliyyə bazarlarına nəzarət orqanının sərəncam və ya digər yazılı göstərişləri yerinə yetirilmədikdə.

57-12.2. Restrukturizasiya planına əsasən bütün tədbirlərin həyata keçirilməsi restrukturizasiya edilmiş öhdəliklər üzrə bankın öhdəliklərinin könüllü restrukturizasiyası haqqında məhkəmə qərarı qüvvəyə mindiyi tarixə qədər hər hansı müvafiq icra sənədi üzrə başlanılmış icraata xitam verilir.".

İlham Əliyev

Azərbaycan Respublikasının Prezidenti

Bakı şəhəri, 7 aprel 2017-ci il.



**<u>EXHIBIT B</u>**
**Articles 57-11 through 57-12**
**Law of the Republic of Azerbaijan "On Banks"**
**(certified English translation)**

LAW OF THE REPUBLIC OF AZERBAIJAN

On amending the Law of the Republic of Azerbaijan «On Banks»

Governing by paragraph 27 of Chapter I of Article 94 of the Constitution of the Republic of Azerbaijan the Milli Majlis of the Republic of Azerbaijan hereby resolves:

To amend the Law of the Republic of Azerbaijan «On Banks» (Collection of Laws of the Republic of Azerbaijan, 2004, № 3, Article 130; 2005, № 4, Article 276; 2007, № 5, Article 401, № 6, Article 562, № 11, Article 1070; 2008, № 11, Article 960; 2009, № 6, Article 404, № 7, Article 517; 2010, № 4, Article 276, № 10, Article 839; 2011, № 7, Article 590; 2013, № 7, Article 790; 2014, № 7, Article 772, № 12, Article 1517; 2015, № 11, Article 1262; 2016, № 6, Article 975) as follows:

1. The Article 1:

1.0.33. Voluntary restructuring of the bank's obligations is a set of administrative, legal, financial, organizational and technical and other measures and procedures that are implemented on the basis of a restructuring plan (hereinafter referred to as the «restructuring plan») for the purpose of improvement of the financial standing of the bank.

8. To add the Chapter VIII-I as follows:

CHAPTER VIII-I

VOLUNTARY RESTRUCTURING OF THE BANK'S OBLIGATIONS

"57-11. Voluntary restructuring of the bank's obligations

57-11.1.    Obligations of a bank to its creditors, except for obligations of bank to its insured depositors, can be voluntarily restructured in accordance with the procedure provided for in this Law.

57-11.2.    If due to absence or lack of funds or impossibility of use of funds for any reason a bank is not able or likely to be not able to comply with demand (demands) of its creditors, under the decision of the Supervisory Board the bank may commence the process of the voluntary restructuring of the bank's obligations. A copy of the decision of the Supervisory Board on the voluntary restructuring of the bank's obligations shall be submitted to the financial market supervisory authority not later than the first business day following the date of the resolution of the Supervisory Board.

57-11.3.    Within 10 calendar days from the date of adoption of the resolution of the Supervisory Board on the voluntary restructuring of the bank's obligations, the financial market supervisory authority shall enter into a written agreement with the bank on the matter of the voluntary restructuring of the bank's obligations. This period can be extended up to 10 calendar days upon the decision of the financial market supervisory authority.

57-11.4.    Within 10 calendar days from the date of the written agreement of the financial market supervisory authority and the bank on matter of the voluntary restructuring of the bank's obligations, the bank shall prepare and submit a written draft of the restructuring plan for the review of the financial market supervisory authority.

57-11.5.    Where the financial market supervisory authority establishes any suggestions on the draft of the restructuring plan submitted to the financial market supervisory authority, the financial market supervisory authority shall submit a written notice to the bank and shall require the bank to make additions and/or amendments to the draft of the restructuring plan. Upon the bank making additions and/or amendments to the draft of the restructuring plan, the bank shall re-submit the written draft of the restructuring plan to the financial market supervisory authority. If the financial market supervisory authority is in agreement with the draft of the restructuring plan, the financial market supervisory authority shall submit a written notice to that effect to the bank.

57-11.6.    Upon the date of receipt of the written notice of the financial market supervisory authority on agreement with the restructuring plan, the bank shall in accordance with the procedure stipulated by the civil procedure legislation apply to the court for the commencement of the voluntary restructuring of the bank's obligations within period specified in the written notice of the financial market supervisory authority. Upon the court decision on commencement of the restructuring (hereinafter referred to as the «court decision on the voluntary restructuring of the bank's obligations») becoming effective and for the period of time of implementation of the voluntary restructuring of the bank's obligations in accordance with the restructuring plan, but not exceeding 180 days, limitations referred to in Article 57-11.8 and 57-11.21 of this Law shall apply to the bank. This term may be extended for the period of not more than 90 days in total by the court upon the mutual request of the bank and financial market supervisory authority.

57-11.7    Within 7 calendar days from the date when the court takes a decision on the voluntary restructuring of the bank's obligations, the bank shall publish a notice of the voluntary restructuring of the bank's obligations in at least two periodicals of mass information circulated through the entire territory of the Republic of Azerbaijan and one internationally recognized publication, as well as on its official Internet site and that notice shall contain the right of all creditors whose obligations are included into the restructuring plan to acquire copies of the court decision on the voluntary restructuring of the bank's obligations and of the restructuring plan from the court or the legal address of the bank.

57-11.8.    Referring to Article 57-11.6 of this Law, following the date when the court decision on the voluntary restructuring of the bank's obligations comes into effect, the bank would be entitled:

57-11.8.1. to suspend fulfillment of sale and purchase, exchange, gift agreements or any other agreements providing for the disposal of any assets of the bank, to suspend entering into agreements creating any risks for the bank, including, loan, credit, guarantee agreements or agreements providing any kind of financing;

57-11.8.2. to suspend performance of obligations included into the restructuring plan of the bank as approved by the court.

57-11.9.    For the purpose of receiving the consent of creditors whose obligations are included into the restructuring plan, the bank shall convene a meeting of creditors whose claims the bank proposes to restructure. Within the period till the meeting of creditors, in case there is a change in the restructuring plan which has been approved pursuant to the Article 57-11.5 of this Law, the restructuring plan shall be submitted to the financial market supervisory authority for review at least 30 calendar days before the meeting of creditors.

57-11.10. Within 10 calendar days the financial market supervisory authority shall consider the restructuring plan submitted to the financial market supervisory authority in accordance with Article 57-11.9 of this Law, and where the financial market supervisory authority has comments, shall in writing require the bank to eliminate such discrepancies. The bank shall take into account comments of the financial market supervisory authority with respect to the restructuring plan, shall make the relevant amendments and shall re-submit the plan to the financial market supervisory authority. The bank shall publish a notice within 10 working days about the restructuring plan approved by the financial market supervisory authority in at least two periodicals of mass

information circulated through the entire territory of the Republic of Azerbaijan or one internationally recognized publication, as well as on its official website and that notice shall contain the availability of all creditors whose obligations are included into the restructuring plan to acquire a copy of the restructuring plan from the legal address of the bank.

57-11.11. Creditors whose claims the bank proposes to restructure may attend the meeting by themselves or their authorized representatives. For the approval of the restructuring plan by creditors whose obligations are included into the restructuring plan, creditors holding at least 2/3 of which the bank proposes to restructure further to the restructuring plan shall provide their consent for the restructuring.

57-11.12. Following the approval of the restructuring plan in accordance with Article 57-11.11 of this Law, the bank shall, within 1 business day, submit the written restructuring plan to the financial market supervisory authority or, if the restructuring plan is not approved in accordance with the procedure specified in Article 57-11.11 of this Law, the bank shall submit to the financial market supervisory authority a written information that the restructuring of obligations of the bank in accordance with Article 57-11.11 of this Law is not possible. Where the restructuring plan is not approved in accordance with the procedure referred to in Article 57-11.11 of this Law, the voluntary restructuring of the bank's obligations shall be considered to fail. Subject to the approval of the restructuring plan by creditors further to the Article 57-11.11 of this Law, voluntary restructuring of the bank's obligations shall be carried out in relation to all obligations which the bank owes to creditors and which the bank proposes to restructure further to the restructuring plan.

57-11.13. Following the review of the financial market supervisory authority for the restructuring plan, the bank shall in accordance with the procedure stipulated by the civil procedure legislation apply to the court for the approval of the restructuring plan.

57-11.14. Since the entry into force of the court decision to approve the plan for voluntary restructuring of the bank's obligations and during the validity of the restructuring plan:

57-11.14.1. execution started against the bank on any relevant execution document for obligations, the restructuring of which is provided, shall be suspended;

57-11.14.2. execution of claims of creditors whose obligations are provided for restructuring against the bank arising from these obligations shall be suspended.

57-11.15. Restructuring plan of the bank shall contain the following information at least:

57-11.15.1. objective, procedure and period of restructuring;

57-11.15.2. list of obligations to be subject to restructuring;

57-11.15.3. list of measures to be undertaken within the framework of restructuring;

57-11.15.4. limitations to apply to the activities of the bank.

57-11.16. Where the bank in restructuring is a member of any bank holding company, the restructuring plan shall refer to factors which may have an impact upon subsidiary banks of the bank holding company.

57-11.17. Voluntary restructuring of the bank's obligations shall terminate in the following cases:

57-11.17.1. a court issues a decision on termination of the voluntary restructuring of the bank's obligations pursuant to the Article 57-12 of this Law;

57-11.17.2. the financial market supervisory authority adopts a resolution on withdrawal of the banking license and mandatory liquidation of the bank whose obligations are proposed for the restructuring;

57-11.17.3. the Supervisory Board of the bank adopts a resolution on termination of the voluntary restructuring of the bank's obligations.

57-11.18. Where the voluntary restructuring of the bank's obligations terminates due to the full performance of the restructuring plan, obligations of the bank included into the restructuring plan shall be deemed to be duly performed.

57-11.19. Bank shall within 3 calendar days submit a notice of completion of the voluntary restructuring of the bank's obligations in accordance with the procedures and within the time specified in the restructuring plan, or shall within 10 calendar days from the date when a court decision on termination of the voluntary restructuring of the bank's obligations comes into effect, submit a copy of such court decision to the financial market supervisory

authority and the creditors whose obligations have been included into the restructuring plan.

57-11.20. The financial market supervisory authority shall exercise control over the implementation of the restructuring plan by the bank.

57-11.21. Except for cases referred to in the restructuring plan, the bank shall not have the right to take a decision on participation in other legal entities or on increase of its share in other legal entities."

Article 57-12. Termination of the voluntary restructuring of the bank's obligations

57-12.1    Decision on termination of the voluntary restructuring of the bank's obligations shall be passed by the court upon application of the financial market supervisory authority where there exists at least one of the following grounds:

57-12.1.1  expiration of the term of restructuring as provided for in the court decision on the voluntary restructuring of the bank's obligations;

57-12.1.2  implementation of all measures referred to in the restructuring plan;

57-12.1.3  cancellation of the voluntary restructuring of the bank's obligations at the decision of the financial market supervisory authority in the following cases:

57-12.1.3.1    there exist sufficient reasons to assume that the voluntary restructuring of the bank's obligations will not lead to the financial rehabilitation and improvement of operations of the bank;

57-12.1.3.2    creditors do not consent to the voluntary restructuring of the bank's obligations in accordance with the procedure outlined in Article 57-11.11 of this Law;

57-12.1.3.3    the bank fails to implement all of the measures referred to in the restructuring plan;

57-12.1.3.4    the bank fails to implement orders or other written instructions of the financial market supervisory authority during the period of implementation of the voluntary restructuring of the bank's obligations.

57-12.2    Implementation of all measures as per the restructuring plan shall terminate
all court and/or arbitration decisions issued in relation to obligations which
have been proposed to restructure following the date when the court decision
on the voluntary restructuring of the bank's obligations comes into force as
well as execution of such court and/or arbitration decisions.»

Ilham Aliyev

President of the Republic of Azerbaijan

City of Baku, April 7, 2017

*Translated from Azerbaijan into English by Rzayeva Gunel Kamran gizi* _____

„05„ ___05____ 2017

Mən, Bakı şəhəri 53 saylı xüsusi notariusu Ələkbərova S.R.
     (soyadı və inisiallari)

I, Private Notary for Baku city No.53 Alakbarova S.R

Mənə məlum olan tərcüməçi Rzayeva G.K
     (soyadı və inisialları)

İmzasının həqiqiliyini təsdiq edirəm.

Certify the authenticity of signature of Rzayeva G. K known to me as a translator.

Reyestrdə _____ № ilə qeyd edilib.

Register No.

2.00 manat haqq tutulub.

2.00 manat fee was deducted.

_____ (imza)

_____ (signature)

TRANSLATION OF THE SEAL: Ministry of Justice of the Republic of Azerbaijan
     Notary for Baku city Alakbarova S.R.,
     Certificate No. 124

## <u>EXHIBIT C</u>
**Amendments to Articles 157.1, 162.1, 233.1, 305.1.14, 306.1, 355.15-355.19 of the Civil Procedure Code of the Republic of Azerbaijan**

Azərbaycan Respublikasının Mülki Prosessual Məcəlləsində dəyişikliklər edilməsi haqqında Azərbaycan Respublikasının Qanunu

Azərbaycan Respublikasının Milli Məclisi Azərbaycan Respublikası Konstitusiyasının 94-cü maddəsinin I hissəsinin 6-cı bəndini rəhbər tutaraq qərara alır:

Azərbaycan Respublikasının Mülki Prosessual Məcəlləsində (Azərbaycan Respublikasının Qanunvericilik Toplusu, 2000, № 1, maddə 17, № 5, maddə 323; 2002, № 5, maddə 236; 2003, № 1, maddələr 23, 24, № 6, maddə 279; 2004, № 7, maddə 505, № 8, maddə 598, № 10, maddə 761; 2005, № 4, maddələr 277, 278; 2006, № 2, maddə 64, № 12, maddə 1006; 2007, № 1, maddələr 3, 4, № 2, maddə 68, № 5, maddə 439, № 6, maddə 560, № 7, maddə 712, № 8, maddə 756; 2008, № 6, maddə 462, № 7, maddə 602, № 12, maddə 1046; 2009, № 6, maddə 402; 2010, № 2, maddə 75, № 4, maddə 276; 2011, № 6, maddələr 471, 476, № 7, maddələr 583, 619, № 12, maddələr 1096, 1105; 2012, № 5, maddə 411, № 6, maddə 511; 2013, № 5, maddə 472, № 6, maddə 625, № 11, maddələr 1266, 1307; 2015, № 6, maddə 677, № 12, maddə 1435; 2016, № 5, maddə 836, № 6, maddə 1016, № 11, maddələr 1761, 1763, № 12, maddə 2047; Azərbaycan Respublikasının 2016-cı il 30 dekabr tarixli 496-VQD nömrəli Qanunu) aşağıdakı dəyişikliklər edilsin:

1. 157.1-ci maddənin birinci cümləsinə "iddianı" sözündən sonra "(bankın öhdəliklərinin könüllü restrukturizasiyası zamanı bank və (və ya) onun aktivləri ilə bağlı verilmiş iddia istisna olmaqla)" sözləri əlavə edilsin.

2. 162.1-ci maddəyə aşağıdakı məzmunda ikinci cümlə əlavə edilsin:

"Bu Məcəllənin 355-17.3-cü maddəsində nəzərdə tutulmuş qətnamə qəbul edildikdə bank və (və ya) onun aktivləri ilə bağlı əvvəllər qəbul edilmiş iddianı təmin etmə tədbirləri ləğv edilməlidir.".

3. 233.1-ci maddədə "və 355-13.4-cü" sözləri ", 355-13.4-cü, 355-17.3-cü, 355-18.4-cü və 355-19.3-cü" sözləri ilə əvəz edilsin.

4. 305.1.14-cü maddənin sonunda nöqtə işarəsi nöqtəli vergül işarəsi ilə əvəz edilsin və aşağıdakı məzmunda 305.1.15-ci maddə əlavə edilsin:

"305.1.15. bankın öhdəliklərinin könüllü restrukturizasiyası haqqında.".

5. 306.1-ci maddədə "40-4-cü" sözləri "40-5-ci" sözləri əvəz edilsin.

6. aşağıdakı məzmunda 40-5-ci fəsil əlavə edilsin:

"Fəsil 40-5 Bankın öhdəliklərinin könüllü restrukturizasiyası
haqqında işlər üzrə icraat

Maddə 355-15. Ərizənin verilməsi

355-15.1. "Banklar haqqında" Azərbaycan Respublikasının Qanununda nəzərdə tutulmuş hallarda və qaydada bank onun öhdəliklərinin könüllü restrukturizasiyası ilə əlaqədar məhkəməyə müraciət edir.

355-15.2. Bankın öhdəliklərinin könüllü restrukturizasiyası haqqında ərizə bankın yerləşdiyi yer üzrə məhkəməyə verilir.

Maddə 355-16. Ərizənin məzmunu

Bankın öhdəliklərinin könüllü restrukturizasiyası ilə əlaqədar ərizəyə bankın öhdəliklərinin könüllü restrukturizasiyasına əsas olan hallarla bağlı sənədlər, maliyyə bazarlarına nəzarət orqanının yazılı bildirişi alınmış restrukturizasiya planı və bununla əlaqədar toplanmış digər sənədlər əlavə edilməli və ərizəçinin xahişi göstərilməlidir.

Maddə 355-17. Ərizəyə baxılması və qətnamənin qəbul edilməsi

355-17.1. Bankın öhdəliklərinin könüllü restrukturizasiyası haqqında ərizəyə məhkəməyə verildikdən sonra məhkəmə tərəfindən 10 gün ərzində baxılır və qərar qəbul edilir.

355-17.2. Məhkəmə ərizəyə öhdəlikləri restrukturizasiya edilən bankın və maliyyə bazarlarına nəzarət orqanının mütləq iştirakı ilə baxır. İşə mahiyyəti üzrə baxan hakim ərizənin rədd edilməsi və ya təmin edilməsi barədə qətnamə qəbul edir.

355-17.3. Bankın öhdəliklərinin könüllü restrukturizasiyası haqqında qətnamə qəbul edildikdən dərhal sonra qüvvəyə minir və qətnamədən şikayətin verilməsi onun icrasını dayandırmır.

355-17.4. Bankın öhdəliklərinin könüllü restrukturizasiyası haqqında qətnamədə, o cümlədən aşağıdakılar göstərilməlidir:

355-17.4.1. bankın adı;

355-17.4.2. restrukturizasiya müddəti və bankın öhdəliklərinin könüllü restrukturizasiyasının həyata keçirilməsi üzrə məsul şəxslər göstərilməklə bankın öhdəliklərinin könüllü restrukturizasiyasının həyata keçirilməsi barədə göstəriş.

355-17.5. Qətnamənin surəti bu Məcəllənin 227-ci maddəsinə uyğun olaraq məhkəməyə müraciət etmiş banka onun hüquqi ünvanı üzrə və maliyyə bazarlarına nəzarət orqanına göndərilir.

Maddə 355-18. Restrukturizasiya planının təsdiq edilməsi

355-18.1. "Banklar haqqında" Azərbaycan Respublikasının Qanununda nəzərdə tutulmuş hallarda və qaydada bank öhdəliklərinin könüllü restrukturizasiyası planının təsdiqi üçün bankın yerləşdiyi yer üzrə məhkəməyə ərizə ilə müraciət edir. Bank onun öhdəliklərinin könüllü restrukturizasiyası planı ilə birlikdə, həmin planın təsdiq edilməsi haqqında bankın müvafiq kreditorlarının yığıncağının protokolunu və əlaqəli sənədləri də məhkəməyə təqdim edir.

355-18.2. Bankın öhdəliklərinin könüllü restrukturizasiyası planının təsdiq edilməsi haqqında ərizəyə məhkəməyə verildikdən sonra 30 gün ərzində baxılıb qərar qəbul edilir.

355-18.3. Məhkəmə ərizəyə baxılması barədə işdə maraqlı olan şəxslərə məlumat verməlidir. Məhkəmə iclasının vaxtı və yeri, habelə ayrı-ayrı prosessual hərəkətlərin yerinə yetirilməsi haqqında məhkəmə bildirişi kreditorlar tərəfindən təsdiq edilmiş restrukturizasiya planında göstərilmiş üsulla maraqlı şəxslərə göndərilir. İşdə maraqlı olan şəxslərin məhkəmə iclasına gəlməməsi işə baxılmasına mane olmur.

355-18.4. Qətnamə qəbul edildikdən dərhal sonra qüvvəyə minir və qətnamədən şikayətin verilməsi onun icrasını dayandırmır.

Maddə 355-19. Bankın öhdəliklərinin könüllü restrukturizasiyasına xitam verilməsi haqqında qətnamənin qəbul edilməsi

355-19.1. "Banklar haqqında" Azərbaycan Respublikası Qanununda nəzərdə tutulmuş hallarda bankın öhdəliklərinin könüllü restrukturizasiyasına xitam verilməsi haqqında maliyyə bazarlarına nəzarət orqanının ərizəsinə bankın yerləşdiyi yer üzrə məhkəməyə verildikdən sonra 10 gün ərzində baxılıb qərar qəbul edilir.

355-19.2. Məhkəmə ərizəyə baxılması barədə işdə maraqlı olan şəxslərə məlumat verməlidir. İşdə maraqlı olan şəxslərin məhkəmə iclasına gəlməməsi işə baxılmasına mane olmur.

355-19.3. Qətnamə qəbul edildikdən dərhal sonra qüvvəyə minir və qətnamədən şikayətin verilməsi onun icrasını dayandırmır.".


İlham Əliyev

Azərbaycan Respublikasının Prezidenti

Bakı şəhəri, 7 aprel 2017-ci il.

İdarə Heyətinin Sədri

X. Xudov



## **EXHIBIT D**
**Amendments to Articles 157.1, 162.1, 233.1, 305.1.14, 306.1, 355.15-355.19 of the
Civil Procedure Code of the Republic of Azerbaijan
(certified English translation)**

The Law of the Republic of Azerbaijan

## On Amending the Civil Procedure Code of the Republic of Azerbaijan

Governing by paragraph 6 of Part I of Article 94 of the Constitution of the Republic of Azerbaijan, Milli Majlis of the Republic of Azerbaijan resolves:

To amend the Civil Procedure Code of the Republic of Azerbaijan (Collection of Laws of the Republic of Azerbaijan, 2000, No. 1, Article 17, No. 5, Article 323; 2002, No. 5, Article 236, 2003, No. 1, Articles 23, 24, No. 6, Article 279; 2004, No. 7, Article 505, No. 8, Article 598, No. 10, Article 761, 2005, No. 4, Articles 277, 278; 2006, No. 2, Article 64, No. 12, Article 1006; 2007, No. 1, Articles 3, 4, No. 2, Article 68, No. 5, Article 439, No. 6, Article 560, No. 7, Article 712, No. 8, Article 756, 2008, No. 6, Article 462, No. 7, Article 602, No. 12, Article 1046; 2009, No. 6, Article 402, 2010, No. 2, Article 75, No. 4, Article 276, 2011, No. 6, Articles 471, 476, No. 7, Become 583, 619, No. 12, Article 1096, 1105; 2012, No. 5, Articles 411, No. 6, Article 511; 2013, No. 5, Article 472, No. 6, Article 625, No. 11, Articles 1266, 1307; 2015, No. 6, Article 677, No. 12, Article 1435; 2016, No. 5, Article 836, No. 6, Article 1016, No. 11, Articles 761, 1763, No. 12, Article 2047; the Law of the Republic of Azerbaijan of December 30, 2016 No. 496-VQD) as follows:

1. In the first sentence of Article 157.1, to add the words «(except for the claim, filed in connection with the bank and (or) its assets in the voluntary restructuring of the bank's obligations) after the word «claim».

2. Article 162.1 shall be supplemented with the second sentence of the following content:

"When passing a resolution provided for in Article 355-17.3 of this Code, measures to secure a claim previously taken in connection with the bank and (or) its assets are subject to cancellation."

3. In Article 233.1 the words «and 355-13.4» shall be replaced by the words «, 355-13.4, 355-17.3, 355-18.4 and 355-19.3».

4. At the end of Article 305.1.14, replace the point with a semicolon and add the Article 305.1.15 as follows:

«305.1.15. On voluntary restructuring of the bank's obligations.»

5. To substitute «40-4» with «40-5» in Article 306.1.

6. To add the Chapter 40-5 of the following content:

«Chapter 40-5. Proceedings on Voluntary Restructuring of Bank's Obligations

Article 355-15. Filing of the application

355-15.1. In cases and in the order prescribed by the Law of the Republic of Azerbaijan "On Banks", the bank applies to the court in connection with voluntary restructuring of its obligations.

355-15.2. The application for voluntary restructuring of the bank's obligations shall be submitted to the court at the location of the bank.

Article 355-16. Content of the application

To the application in connection with the voluntary restructuring of the bank's obligations, along with documents related to the circumstances that became the basis for voluntary restructuring of the bank's liabilities, a restructuring plan should be attached to which a written notice of the financial market supervisory authority was received and other documents collected in connection with this, as well as the applicant's request.

Article 355-17. Consideration of the application and adoption of a resolution

355-17.1. The court considers an application for voluntary restructuring of the bank's obligations and issues a resolution within 10 days from the date of filing the application to the court.

355-17.2. The court considers the application with the obligatory participation of the bank, whose liabilities are subject to restructuring, and the financial markets supervisory authority. The judge who considers the case on the merits issues a resolution to reject or satisfy the application.

355-17.3. The resolution on voluntary restructuring of the bank's obligations comes into force immediately after the adoption and the appeal of the resolution does not suspend its execution.

355-17.4. The resolution on voluntary restructuring of the bank's liabilities shall also contain the following information:

355-17.4.1. name of the bank;

355-17.4.2. instruction to conduct a voluntary restructuring of the bank's obligations, specifying the term of the restructuring and persons responsible for carrying out the voluntary restructuring of the bank's liabilities.

355-17.5. Copies of the resolution in accordance with Article 227 of this Code shall be forwarded to the bank addressed to the court at its legal address and financial markets supervisory authority.

Article 355-18. Approval of the restructuring plan

355-18.1. In cases and in the manner stipulated by the Law of the Republic of Azerbaijan "On Banks", the bank applies to the court at its location with an application for approval of a voluntary restructuring plan for its obligations. Along with the plan of voluntary restructuring of its obligations, the bank submits to the court the minutes of the meeting of the respective creditors of the bank about the approval of this plan and related documents.

355-18.2. The court considers the application for approval of the plan for voluntary restructuring of the bank's obligations and issues a resolution within 30 days from the time of its submission to the court.

355-18.3. The court must notify persons concerned in the case about the consideration of the application. Court notification of the place and time of the court session, as well as the execution of certain procedural actions, shall be sent to the concerned parties in the manner specified in the restructuring plan approved by the creditors. Failure to attend the hearing in the court session does not prevent the hearing of the case.

355-18.4. The resolution comes into force immediately after the adoption and the appeal of the resolution does not suspend its execution.

Article 355-19. Resolution on termination of voluntary restructuring of bank's obligation

355-19.1. The application of the financial markets supervisory authority on termination of voluntary restructuring of the bank's liabilities in cases provided for by the Law of the Republic of Azerbaijan «On Banks» shall be considered by the court at the location of the bank within 10 days from the date of application to the court, after which a resolution is adopted.

355-19.2. The court must notify persons concerned in the case about the consideration of the application. Failure to attend the hearing in the court session does not prevent the hearing of the case.

355-19.3. The resolution comes into force immediately after the adoption and the appeal of the decision does not suspend its execution.»

President of the Republic of Azerbaijan

Ilham Aliyev

City of Baku, April 7, 2017

*Translated from Azerbaijan into English by Rzayeva Gunel Kamran gizi*

__ „ __ 2017

Mən, Bakı şəhəri 53 saylı xüsusi notariusu Ələkbərova S.R.
                    (soyadı və inisiallari)

I, Private Notary for Baku city No.53 Alakbarova S.R

Mənə məlum olan tərcüməçi  Rzayeva G.K
                    (soyadı və inisialları)
İmzasının həqiqiliyini təsdiq edirəm.
Certify the authenticity of signature of Rzayeva G. K known to me as a translator.
Reyestrdə _____ № ilə qeyd edilib.
Register No.
2.00 manat haqq tutulub.
2.00  manat fee was deducted.
Notariusnın _____ (imza)
Notary _____
                    (signature)

TRANSLATION OF THE SEAL: Ministry of Justice of the Republic of Azerbaijan
                    Notary for Baku city Alakbarova S.R.,
                    Certificate No. 124