Morrison & Foerster LLP
250 West 55th Street
New York, New York 10019-9601
Telephone: (212) 468-8000
Facsimile: (212) 468-7900
Gary S. Lee
Mark Alexander Lightner

*Counsel to Eaton Vance Management on behalf
of Certain Global Income Funds, as Investment Adviser*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re<br><br>INTERNATIONAL BANK OF AZERBAIJAN,<br><br>Debtor in a Foreign Proceeding. | Chapter 15<br><br>Case No. 17-11311 (JLG) |

**NOTICE OF APPEARANCE AND REQUEST
FOR SERVICE OF ALL PLEADINGS AND DOCUMENTS**

PLEASE TAKE NOTICE that Eaton Vance Management on behalf of Certain Global Income Funds, as Investment Adviser ("Eaton Vance"), as a party in interest and creditor, hereby enters its appearance by and through its undersigned counsel, Morrison & Foerster LLP, pursuant to Bankruptcy Rule 9010 and 11 U.S.C. §§ 102 (1) and 342 and Bankruptcy Rules 2002 and 9007, requests that copies of all notices and pleadings, including all exhibits, given or filed in the above-captioned cases be given and served upon the persons listed below at the following address, telephone/fax number and email address:

Morrison & Foerster LLP
Counsel to Eaton Vance
Attn: Gary S. Lee
Attn: Mark Alexander Lightner
250 West 55th Street
New York, New York 10019-9601
Telephone: (212) 468-8000

ny-1286774

Facsimile: (212) 468-7900
Email: glee@mofo.com
mlightner@mofo.com

PLEASE TAKE FURTHER NOTICE that, the foregoing demand includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, any notice, application, complaint, demand, motion, petition, pleading or request, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex or otherwise filed or made with regard to the referenced case and proceedings herein.

PLEASE TAKE FURTHER NOTICE that this Notice of Appearance and Demand for Notices and Papers shall not be deemed or construed to be (a) a submission to the jurisdiction of this court by Eaton Vance or (b) a waiver of the right of Eaton Vance: (i) to have final orders in noncore matters entered only after *de novo* review by a District Judge, (ii) to trial by jury in any proceeding so triable in this case or any case, controversy or proceeding related to this case, (iii) to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, (iv) to contest service of process, or (v) to any other rights, claims, actions, setoffs or recoupments to which Eaton Vance is or may be entitled, in law or in equity, all of which rights, claims, actions, defenses, setoffs and recoupments Eaton Vance expressly reserves.

|  |  |
|---|---|
| Dated: June 9, 2017<br>New York, New York | Respectfully submitted,<br><br>MORRISON & FOERSTER LLP<br><br>By: /s/ Gary S. Lee<br>Gary S. Lee<br>Mark Alexander Lightner<br>250 West 55th Street<br>New York, New York 10019-9601<br>Telephone:  (212) 468-8000<br>Facsimile:  (212) 468-7900<br>Email: glee@mofo.com<br>          mlightner@mofo.com<br><br>*Counsel to Eaton Vance Management on behalf of Certain Global Income Funds, as Investment Adviser* |