SHEARMAN & STERLING LLP
Fredric Sosnick
Sara Coelho
599 Lexington Avenue
New York, New York 10022
Telephone: (212) 848-4000

SHEARMAN & STERLING (London) LLP
Solomon J. Noh
9 Appold Street
London EC2A 2AP
United Kingdom
Telephone: +44 20 7655 5000

*Attorneys for the Ad Hoc Group of IBA Noteholders*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
:
:
:
In re:                                                   :   Chapter 15
:
INTERNATIONAL BANK OF AZERBAIJAN,    :   Case No. 17-11311 (JLG)
:
:
:
Debtor in Foreign Proceeding.            :
:
:
------------------------------------------------------------x

**NOTICE OF APPEARANCE AND DEMAND FOR SERVICE OF PAPERS**

    **PLEASE TAKE NOTICE** that an ad hoc group of holders of notes issued by the International Bank of Azerbaijan composed of: (i) certain funds and accounts managed by Fidelity Management & Research Company or its affiliates, (ii) Franklin Templeton Investment Management Ltd (on behalf of certain funds and accounts that it manages), (iii) Promeritum Fund SPC, and (iv) VR Global Partners, L.P., holding, in the aggregate, approximately $220 million of the 5.625% notes due 2019 issued by IBA (collectively, the "**Ad Hoc Group**"),

1

hereby appear by and through their counsel, Shearman & Sterling LLP ("**Counsel**"), pursuant to rules 2002, 9007 and 9010(b) of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"), and 11 U.S.C. §§342 and 1109(b), and request that all notices given in the above-captioned case (the "**Case**") and all papers served or required to be served in the case, be given to and served upon Counsel at the following address:

> Shearman & Sterling LLP
> 599 Lexington Avenue
> New York, New York 10022
> Telephone:  (212) 848-4000
> Facsimile:  (646) 848-7179
> Attn:   Fredric Sosnick, Esq.
>            Sara Coelho, Esq.
> Email: FSosnick@shearman.com
>            Sara.Coelho@shearman.com
>
> and
>
> SHEARMAN & STERLING (London) LLP
> 9 Appold Street
> London EC2A 2AP
> United Kingdom
> Telephone:  +44 20 7655 5000
> Attn: Solomon J. Noh, Esq.
> Email: solomon.noh@shearman.com

PLEASE TAKE FURTHER NOTICE that the foregoing demand includes not only the notices and papers referred to in the Bankruptcy Rules, but also, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint, or demand, whether formal or informal, whether written or oral and whether transmitted or conveyed by email, delivery, telephone, telex or otherwise.

PLEASE TAKE FURTHER NOTICE that neither this Notice of Appearance nor any subsequent appearance, pleading, claim, or suit is intended or shall be deemed or construed as:  (i) a consent by the Ad Hoc Group to the jurisdiction of this Court or any other court with

2

respect to proceedings, if any, commenced in any case against or otherwise involving the Ad Hoc Group; or (ii) a waiver of any right of the Ad Hoc Group (a) to have final orders in non-core matters entered only after *de novo* review by a United States District Court judge, (b) to trial by jury in any proceeding so triable herein or in any case, controversy or proceeding related hereto, (c) to have the reference withdrawn by the United States District Court in any matter subject to mandatory or discretionary withdrawal, or (d) to other rights, claims, actions, defenses, setoffs or recoupment to which the Ad Hoc Group is or may be entitled under agreements, in law, or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved hereby.

Dated: New York, New York
       June 12, 2017

Respectfully submitted,

SHEARMAN & STERLING LLP

By:  /s    *Fredric Sosnick*
Fredric Sosnick
Sara Coelho
599 Lexington Avenue
New York, New York 10022
Telephone: (212) 848-4000
Facsimile: (646) 848-7179

SHEARMAN & STERLING (London) LLP
Solomon J. Noh
9 Appold Street
London EC2A 2AP
United Kingdom
Telephone: +44 20 7655 5000

*Attorneys for the Ad Hoc Group of IBA Noteholders*

3