SHEARMAN & STERLING LLP
Fredric Sosnick
Sara Coelho
599 Lexington Avenue
New York, New York 10022
Telephone: (212) 848-4000

SHEARMAN & STERLING (London) LLP
Solomon J. Noh
9 Appold Street
London EC2A 2AP
United Kingdom
Telephone: +44 20 7655 5000

*Attorneys for the Ad Hoc Group of IBA Noteholders*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x

| | |
|---|---|
| **In re:** | Case No. 17-11311 (JLG) |
| **INTERNATIONAL BANK OF AZERBAIJAN,** | Chapter 15 |
| **Debtor in a Foreign Proceeding.** | **Re: Docket Nos. 2 and 22** |

------------------------------------------------------------x

## DECLARATION OF SARA COELHO

I, Sara Coelho, counsel to an ad hoc group of holders of notes issued by the International Bank of Azerbaijan (the "**IBA**") composed of: (i) certain funds and accounts managed by Fidelity Management & Research Company or its affiliates, (ii) Franklin Templeton Investment Management Ltd (on behalf of certain funds and accounts that it manages), (iii) Promeritum Fund SPC, and (iv) VR Global Partners, L.P., holding, in the aggregate, approximately $220 million of the 5.625% notes due 2019 issued by the IBA, hereby submit to

the Court as <u>Exhibit A</u> hereto a true and complete copy of the Information Memorandum dated June 19, 2017 and provided to me by counsel to the IBA.

Dated: New York, New York
      June 20, 2017

                              Respectfully submitted,

                              SHEARMAN & STERLING LLP

By: _____/s/ Sara Coelho_____
     Fredric Sosnick
     Sara Coelho
     599 Lexington Avenue
     New York, New York 10022
     Telephone:  (212) 848-4000
     Facsimile:  (646) 848-7179

     SHEARMAN & STERLING (London) LLP
     Solomon J. Noh
     9 Appold Street
     London EC2A 2AP
     United Kingdom
     Telephone:  +44 20 7655 5000

     *Attorneys for the Ad Hoc Group of IBA Noteholders*